UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

Defendant.

Civil Action No. 23-3662 (DLF)

## JOINT STATUS REPORT

Pursuant to the Court's January 11, 2024, Minute Order, Plaintiff Protect the Public's Trust and Defendant U.S. Department of Health and Human Services ("HHS"), by and through undersigned counsel, hereby submit this Joint Status Report.  The parties report as follows:

1.	Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking certain agency records. *See generally* Compl. (ECF No. 1).

2.	The Court ordered, *inter alia*, the parties address the status of the Plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents.  *See* Jan. 11, 2024, Min. Order.

3.	Defendant completed the search for potentially responsive records and made a final production of all non-exempt document on January 10, 2024.  Defendant thus reports that production is complete.

4.	After the final release was made, Plaintiff requested a description of the search and Defendant recently provided a response. Plaintiff is still considering Defendant's response and determining if it has any further questions or concerns.

5.	To that end, the parties propose that they file another Joint Status Report on or

before May 1, 2024, to allow the parties request additional time to cooperatively work together

and attempt to narrow or resolve any substantive issues of disagreement.

*    *    *

Dated: February 1, 2024

*/s/ Gary Lawkowski*
Gary Lawkowski
DHILLON LAW GROUP, INC..
2121 Eisenhower Avenue Suite 608
Alexandria, VA 22314
(703) 574-1654
Glawkowski@dhillonlaw.Com

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

2